IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No.  04-10207-01,02-JTM |
| | ) | |
| **WILLIAM L. JACKSON,** | ) | |
| and | ) | |
| **SAMUEL R. RUSHIN,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Now on this 19th day of October, 2005, the court, having read and considered the Motion to Continue the jury trial filed herein by the United States, and being satisfied good cause exists, finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.  The time for continuance is excludable pursuant to Title 18, U.S.C. § 3161(h)(3)(A).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the jury trial in the above-captioned case be continued until Tuesday, November 29, 2005, at 9:00 A..M.

s/ J. Thomas Marten
HONORABLE J. THOMAS MARTEN
UNITED STATES DISTRICT COURT JUDGE